UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| IRA FREDERICK HADDOCK, JR. | ) | Case No. 04-36093 SBB |
| SSN XX-XX-9410 | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| DAVID E. LEWIS, | ) | 05-CV-02126-LTB-OES |
| Chapter 7 Trustee, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adv. Pro. No. 05-1716 SBB |
| v. | ) | |
| | ) | |
| SUE ELLEN HADDOCK and IRA F. | ) | |
| HADDOCK, III | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING DEFENDANTS' MOTION FOR THE WITHDRAWAL OF THE REFERENCE**

THIS MATTER, having come before the Court on the Defendants' Motion for the Withdrawal of the Reference (the "Motion") and the Court, being advised in the premises and

FINDING that Defendants have made a timely and proper demand for jury trial, hereby GRANTS the Motion and

ORDERS that the reference of this matter to the United States Bankruptcy Court for the District of Colorado is WITHDRAWN.

Date this 27th day of Oct, 2005.

BY THE COURT:

United State Bankruptcy Judge