**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 05-cv-02126-LTB-MEH

In re:
IRA FREDERICK HADDOCK, JR.,
SSN XX-XX-9410
        Debtor.

DAVID E. LEWIS, Chapter 7 Trustee,

        Plaintiff,

v.

SUE ELLEN HADDOCK and
IRA F. HADDOCK, III,

        Defendants.
_____

### ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Stipulation For Dismissal (Doc 24 - filed April 23, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

        BY THE COURT:

        s/Lewis T. Babcock
        Lewis T. Babcock, Chief Judge

DATED: April 24, 2007